UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>TAJIEN WHITE</u>,
        Petitioner,

        v.

<u>COMMONWEALTH OF MASSACHUSETTS</u>,
        Respondent.

CIVIL ACTION

NO.  03-12388-RGS

## O R D E R

On November 25, 2003, counsel for petitioner Tajien White filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

 3/23/04                                          s/ Richard G. Stearns
   DATE                                      UNITED STATES DISTRICT JUDGE