UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAJIEN WHITE,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Petitioner,　　　　　　)
　　　　　　　　　　　　　　　　　　)   Civil Action No.
vs.　　　　　　　　　　　　　　　　)   03-12388-RGS
　　　　　　　　　　　　　　　　　　)
COMMONWEALTH OF MASSACHUSETTS,　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Respondent.　　　　　)

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS TO PETITION FOR WRIT OF HABEAS CORPUS

The respondent hereby respectfully requests that this Court grant the Commonwealth an enlargement of time within which it must file an answer or other pleading responsive to the petition for a writ of habeas corpus for a period of thirty days, up to and including May 13, 2004. In support of the motion, the respondent states that, pursuant to this Court's order, an answer or other responsive pleading is currently due to be filed by April 13, 2004. The undersigned assistant attorney general is still awaiting receipt of the state materials concerning the petitioner's conviction, which are necessary for counsel to review before formulating an appropriate response to the petition. The petitioner has, through counsel, assented to this motion.

WHEREFORE, the respondent respectfully requests that this Court grant him until May 13, 2004, to file a responsive pleading to the petition for writ of habeas corpus.

                                        Respectfully submitted,

                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL

                                        /s/ Maura D. McLaughlin
                                        Maura D. McLaughlin
                                        Assistant Attorney General
                                        Criminal Bureau
                                        One Ashburton Place
                                        Boston, Massachusetts 02108
                                        (617) 727-2200 ext. 2857
Dated: April 7, 2004                          BBO No. 634923

Assented:

/s/ Willie J. Davis (MDM)
Willie J. Davis, Esq.
Counsel for the petitioner

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon Willie J. Davis, Esq., counsel for the petitioner, on April 7, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Willie J. Davis, Esq., Davis, Robinson & White, L.L.P., Attorneys at Law, One Fanueil Hall Marketplace, South Market Building, Boston, Massachusetts 02109.

                                          /s/ Maura D. McLaughlin
                                          Maura D. McLaughlin



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

April 7, 2004

**Via First Class Mail**

Clerk of Courts
United States District Court,
    District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    Re:    Tajien While v. Commonwealth of Massachusetts
              <u>Civil Action No. 03-12388-RGS</u>

Dear Sir or Madam:

    Enclosed for filing please find an Assented-to Motion For Enlargement of Time to File Responsive Pleadings to Petition for Writ of Habeas Corpus.

    Please do not hesitate to contact me if you have any questions regarding the enclosed. Thank you for you attention to this matter.

                                      Very truly yours,

                                        Maura D. McLaughlin

cc:    Willie J. Davis, Esq.