UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TAJIEN WHITE,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　　　Respondent. | Civil Action No.<br>03-12388-RGS |

## JOINT MOTION FOR BRIEFING SCHEDULE

The petitioner, Tajien White, and the respondent, Commonwealth of Massachusetts, hereby jointly request that the Court enter the following proposed briefing schedule for the merits of the petition. The dates requested by the parties are as follows:

1. The petitioner's memorandum in support of the merits of the petition shall be due on or before July 9, 2004;

2. the respondent's memorandum in opposition to the merits of the petition shall be due on or before August 9, 2004; and

3. the petitioner's reply memorandum shall be due on or before August 23, 2004.

WHEREFORE, the petitioner and the respondent respectfully request that the Court enter the above proposed schedule as an order of the court.

Respectfully submitted,

TAJIEN WHITE,

By his attorney,

WILLIE J. DAVIS, ESQ.

_____
Willie J. Davis, Esq.
Davis, Robinson & White, L.L.P.
Attorneys at Law
One Fanueil Hall Marketplace
South Market Building
Boston, Massachusetts 02109
(617) 723-7339

Dated: May 21, 2004

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,

By its attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Maura D. McLaughlin
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2857



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

May 21, 2004

**Via First Class Mail**

Clerk of Courts
United States District Court,
    District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    Re:    Tajien While v. Commonwealth of Massachusetts
             Civil Action No. 03-12388-RGS

Dear Sir or Madam:

    Enclosed for filing please find the parties' Joint Motion for Briefing Schedule.

    Please do not hesitate to contact me if you have any questions regarding the enclosed. Thank you for you attention to this matter.

Very truly yours,

Maura D. McLaughlin

cc:    Willie J. Davis, Esq.