# United States District Court
# District of Massachusetts

TAJIEN WHITE,
    Petitioner,

V.                             CIVIL ACTION NO. 2003-12388-RGS

COMMONWEALTH OF MASSACHUSETTS,
    Respondent.

## SCHEDULING ORDER

COLLINGS, U.S.M.J.

Upon the allowance of the Joint Motion for Briefing Schedule (#8), the Court enters the within Scheduling Order:

The petitioner shall file and serve a brief on the merits of the petition *on or before the close of business on Monday, July 26, 2004*; the respondent shall file and serve a brief in opposition to the petition *on or before the close of business on Thursday, August 26, 2004;* the petitioner may file and serve a reply brief (not to exceed seven pages) *on or before the close of business on*

*Friday, September 10, 2004.*

                                              /s/ *Robert B. Collings*

                                              ROBERT B. COLLINGS

July 14, 2004.                             United States Magistrate Judge