UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TAJIEN WHITE,
    Petitioner

V.                       CIVIL ACTION NO. 03-12388-RGS

COMMONWEALTH OF MASSACHUSETTS

## MOTION FOR EXTENSION OF TIME

Now comes the petitioner in the above matter and moves that the time for filing his memorandum be extended to and including August 6, 2004. As reason therefor the petitioner says that counsel, because of out-of-state commitments and preparation of a petition for writ of certiorari, has been unable to complete the memorandum within the time permitted.

                            By his attorney,

                            WILLIE J. DAVIS
                            BBO#: 116460
                            Davis, Robinson & White
                            One Faneuil Hall Marketplace
                            Boston, MA 02109
                            (617) 723-7339

## CERTIFICATE OF SERVICE

I hereby certify that notice of the filing of the within motion for extension of time was served upon the respondent this 15th day of July, 2004, by mailing a copy thereof, postage prepaid, to Maura D. McLaughlin, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

_____
WILLIE J. DAVIS