UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TAJIEN WHITE

V.  CIVIL ACTION NO. 03-12388-RGS

MASSACHUSETTS

## MOTION FOR LEAVE TO FILE LATE

Now comes the petitioner in the above matter and moves that he be allowed to file his memorandum late. As reason therefor the petitioner says that counsel, because of other commitments, was unable to file within the time permitted.

By his attorney,

*/s/ Willie J. Davis*

WILLIE J. DAVIS
BBO#: 116460
Davis, Robinson & White
One Faneuil Hall Marketplace
Boston, MA 02109
(617) 723-7339

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred with counsel for the respondent, Assistant Attorney General Maura D. McLaughlin, and she has no objection tot he motion.

*/s/ Willie J. Davis*
WILLIE J. DAVIS

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail this 4th day of August, 2004.

*/s/ Willie J. Davis*