UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-12388-RGS

TAJIEN WHITE

V.

COMMONWEALTH OF MASSACHUSETTS

<u>ORDER ON MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION</u>

August 10, 2005

STEARNS, D.J.

I have nothing to add to Magistrate Judge Collings' impeccably reasoned Report. Petitioner's attack is directed not at any decision of the Massachusetts court that was "contrary to . . . clearly established Federal law." Rather, as the Magistrate Judge points out, petitioner maintains that the state court unreasonably applied correctly chosen law to the facts and circumstances of his case. To validate this argument, the federal court would have to conclude that no reasonable jurist could agree with the result reached by the state court. This hurdle cannot be surmounted for the reasons explained by Magistrate Judge Collings. Consequently, his Report and Recommendation is <u>ADOPTED</u> and the petition is <u>DISMISSED</u>.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE