UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TAJIEN WHITE

    V.                                              CIVIL ACTION NO. 03-12388-RGS

COMMONWEALTH OF MASSACHUSETTS

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                    **AUGUST 11, 2005**

    THIS COURT HAVING ADOPTED THE REPORT AND RECOMMENDATION ISSUED BY THE MAGISTRATE JUDGE,

    IT IS HEREBY ORDERED:    THE PETITION FOR WRIT OF HABEAS CORPUS IS HEREBY **DISMISSED.**

    SO ORDERED.

                                                      RICHARD G. STEARNS
                                                      UNITED STATES DISTRICT JUDGE

                BY:
                      /s/ Mary  H.  Johnson
                        Deputy Clerk